CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 08 2012

JULIA C. DUDLEY, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| AUDIE WAYNE TALLEY, | CASE NO. 7:12CV00176 |
| Plaintiff, | |
| | FINAL ORDER |
| vs. | |
| ABINGDON POLICE DEPARTMENT, OFFICER WOLFE, | By: James C. Turk |
| | Senior United States District Judge |
| Defendant(s). | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that plaintiff's civil rights complaint under 42 U.S.C. § 1983, alleging he has been wrongfully confined for violating a protective order never served on him, is hereby **CONSTRUED** as a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, and is summarily **DISMISSED** without prejudice for failure to exhaust state court remedies; this action is stricken from the active docket of the court; and finding that petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

ENTER: This 8th day of May, 2012.

_/s/ James C. Turk_
Senior United States District Judge